*37*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-15099 |
| | ) | |
| YVONNE Z FRANCE, | ) | Chapter: 7 |
| | ) | Honorable Jack B. Schmetterer |
| | ) | |
| Debtor(s) | ) | |

## ORDER EXTENDING TIME FOR THE TRUSTEE TO FILE AN OBJECTION TO DISCHARGE UNDER SECTION 727 OF THE BANKRUPTCY CODE

This cause coming to be heard on the Routine Second Motion (the "Motion"; any capitalized terms not otherwise defined herein shall have the same meaning as set forth in the Motion) of N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Yvonne Z. France (the "Debtor") to Extend Time to File Objection to Discharge Under Section 727 of title 11 of the United States Code (the "Bankruptcy Code"), the Court having found that proper and adequate notice of the Motion was given and otherwise being fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Motion is granted in its entirety to the extent set forth herein

2. The deadline for the Trustee to file an objection to discharge of the Debtor under Section 727 of the Bankruptcy Code is hereby extended through and including January 31, 2018.

*This extension is final*

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  — 6 NOV 2017

**Prepared by:**
N. Neville Reid (ARDC #6195837)
FOX, SWIBEL, LEVIN & CARROLL, LLP
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph: 312.224.1200
Fx: 312.224.1201

Rev: 20170105_bko